IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JOHN SAPP,

    Petitioner,

vs.

WARDEN JILL BROWN, Acting Warden of California State Prison at San Quentin,

    Respondent.

CASE NO. CV-04-04163-JF

**DEATH PENALTY CASE**

ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL

For good cause appearing, IT IS HEREBY ORDERED that the Motion for Appointment of Counsel filed by the Federal Defender Services of Idaho, Inc. is GRANTED. The office of the Federal Defender Services of Idaho, Inc. is appointed to represent Mr. Sapp in these proceedings.

DATED: 6/8/11

Hon. Jeremy Fogel
United States District Court Judge

ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL - 1